IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF MISSISSIPPI
OXFORD DIVISION

**BEN WEISFELD**                                                                        **PLAINTIFF**

**V.**                                                                   **NO: 3:22CV244-M-V**

**AZMAN INVESTMENTS, INC.**                                         **DEFENDANT**

### ORDER OF DISMISSAL

Pursuant to the Stipulation of Dismissal [17] filed in this case, it is hereby **ORDERED** that the cause be dismissed with prejudice.

This the 7th day of July 2023.

                                           /s/ MICHAEL P. MILLS
                                           UNITED STATES DISTRICT JUDGE
                                           NORTHERN DISTRICT OF MISSISSIPPI